IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILE NO. 1:18-CR-47

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GENE GREENE, | ) |
| | ) |
| _____ | ) |

**CHARACTER LETTERS FOR CONSIDERATION BY THE COURT**

COMES NOW the Defendant, Michael Gene Greene, by and through his undersigned counsel of record, Ted J. Besen, who respectfully submits the attached character letters for consideration by the Court at the Sentencing Hearing presently scheduled for Wednesday, August 28, 2019 at 10:00 a.m. in Asheville, North Carolina.

Respectfully submitted, this 15th day of August, 2019.

*s/Ted Besen*
Ted Besen
N.C. Bar Number: 32213
40 Clayton Street
Asheville, North Carolina 28801
(828) 702-0568
ted@tedbesenlaw.net

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant of the Rules of Criminal Procedure, and the local rules of the Western District of North Carolina, the foregoing Motion has been electronically filed with the Clerk of Court using the CM/ECF, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and users of record:

> Richard Edwards
> Asst. United States Attorney
> United States Attorney's Office
> Western District-Asheville Division
> 100 Otis Street
> Asheville, NC 28801
> Richard.edwards2@usdoj.gov

This the 15th day of August, 2019.

> *s\ Ted Besen*
> Ted Besen
> N.C. Bar Number:32213
> 40 Clayton St.
> Asheville, NC 28801
> (828) 702-0568
> ted@tedbesenlaw.net

Judge Robert J. Conrad
235 Charles R. Jonas Federal Bldg.
401 West Trade St.
Charlotte, NC 28202

To whom it may concern:

Michael Greene asked if I would be willing to write a letter on his behalf by speaking to my relationship with him while providing my input on his character as an individual. I quickly accepted his request...true unwavering friendship is a very rare commodity.

My wife is originally from Asheville, NC, and graduated from TC Roberson HS with his wife. So, my history with Michael goes back 20+ years; all the way back to our respective weddings. Like Michael, I had a parent in the military, so as a kid, I moved all over the world. As a result, I learned to become a quick judge of character when settling down in a new town. I quickly felt at ease in Michael's company, and trusted that he was genuinely interested in the welfare of me and my family. He always proved caring and compassionate, and proved to be a big help when my father passed away unexpectedly 9+ years ago; probably one of the most difficult times in my life.

It seems as though he was the first friend I called if my life was disrupted for any reason...illness, personal matters, etc. He was always very quick to respond to messages, be it e-mails, phone calls or text messages. He genuinely cared, and would drop what he was doing to see what it was that I needed. He quite selflessly asked for nothing in return. Many times, he would simply listen and provide much needed counsel. I am certain he would give me "the shirt off his back" if that is what I needed.

Now that I have lived in Asheville, for 20+ years, I can more firmly appreciate my longstanding friendship with Michael. I have grown accustomed to our once-a-month "catch-up" lunches. On numerous occasions, our families have celebrated New Years, birthdays, etc. together. We have attended kids' ball games, dance recitals, and other meaningful life events. He and I have even road-tripped together. I have, do and will consider Michael one of my closest, dearest and trusted friends. He demonstrates characteristics as a friend, father and husband that most of us could only dream to emulate.

My faith remains strong that all this good that embodies Michael is front and center for all that interact with him.

Sincerely,

Barry D. Kampe
Business Banker III
First Citizens Bank

December 2, 2018

Honorable Judge Robert J. Conrad
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Dear Judge Conrad,

My name is Celena Greene and I am writing this letter on behalf of my husband, Michael Greene. I am asking for leniency in his sentencing.

I have known Michael for almost 23 years, and have been married to him for 21½ years. He is a wonderful husband and father. Until this year, he has been the sole provider for our family since our son was born 17 years ago. He is a very hard worker, but he always makes time for his family. His hard work and diligence allowed me the opportunity to stay home with our children, a gift I will always treasure. He supports our son and daughter by going to basketball games, plays, band concerts, bells performances, etc.. He is a very active husband and father, and we could not imagine our lives without him. He is honest, kind, thoughtful, and giving and has worked hard to instill these values in our children.

Michael's kindness and thoughtfulness is not limited to our family. He is always willing to lend a helping hand to friends, extended family, and neighbors. He volunteers at our church, Skyland United Methodist Church. He drives the bus to The Givens Estate to pick up those who would otherwise not have the opportunity to come to our church. He also volunteers to drive the bus for the homeless women when our church is housing them through Room In the Inn. He signs up for both early shifts before he goes to work and late shifts once he gets off work. He also volunteers to drive the bus anytime our church has an event, like a church picnic, to ensure that the residents of Givens Estate have an opportunity to attend. He has volunteered in many other capacities at our church, as well as at all schools our children have attended. I was most impressed by his character when he drove the bus for the homeless women at Room In the Inn the day of his arraignment. He was not focusing on himself, but concerned with the welfare of others. He truly is a good man.

Michael is vitally important to our family in all ways. He has been the sole financial provider for our family for most of our marriage. If he was unable to continue providing financial support I don't know how we would make ends meet. I have a new career as a realtor, but it takes a while to make a steady income in this field. Since I have been out of the work force for so long, it is difficult to find employment that can support our family. He is the rock that holds our family together. It would be devastating for me, our teenage son, and our teenage daughter not to have Michael in our daily lives.

Thank you for your time and consideration.

Sincerely,

*Celena Greene*

Celena Greene
(828)684-5496

November 28, 2018

Honorable Judge Robert J Conrad
235 Charles R Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Your Honor,

I am writing to you regarding Michael Greene, who is appearing before your court in regards to his association with the County of Buncombe.

Michael is my nephew, friend and former co-worker. During his life I have watched Michael grow up to be a fine man, husband and father. I have had the opportunity to work with Michael in a professional environment in which I have observed him demonstrate supportive and professional courtesy to his peers and associates. He treated his team with respect and was truly concerned for their success and wellbeing. He was always willing to listen, offer support and try to make the process and environment better and more efficient.

In Michael's personal life, he and his wife, Celena, are truly dedicated to each other and their children. They have made a wonderful life together and are excellent parents. Michael is a kind, caring, considerate and responsible person with a strong ethical and moral character and is a positive influence to others.

I realize, under the circumstances, my words of praise for Michael may seem hard to believe, but I can honestly say Michael is a truly good person. Even good people make mistakes in life and I know Michael is heartbroken. My prayer and hope is you will consider all of this when making your decision for Michael's future.

Sincerely,

*Irene Wolfe*

Irene Wolfe
20 Robin Way
Candler, NC 28715
828-777-7302



November 26, 2018

To Whom It May Concern:

I am writing this letter in reference to Michael Greene. I worked with Michael for several years in a technology company in Greer, SC before I started my business in Asheville. I was the IT Director and he worked on one of the technical teams. He was pleasant, professional and an asset to our company during those years.

He and I left our jobs at roughly the same time (the company was sold to a company out of state) and we both took jobs in Asheville. I kept in touch with Michael over the years in both a personal relationship and when I had questions about database management and reporting. He is a good father as well, and has been both interested in and helpful with my son when we have been together.

Michael has been a person that I could ask about technical data problems I was encountering in my restaurants, and who could offer solutions or steer me toward answers if he did not have them.

He has a valuable understanding of how to provide information for businesses in a way that demystifies the process. I believe his knowledge would be missed in the community if he is unable to contribute in this field.

If you have any further questions, please feel free to email me at kevin@westmorelandscully.com or call me at 828-273-8092.

Sincerely,

Kevin P. Westmoreland
Co-Owner
Westmoreland & Scully
Corner Kitchen
Chestnut

 

39 S. Market Street, Suite 201, Asheville NC 28801 ♦ 828-505-1369 ♦ WESTMORELANDSCULLY.COM

Rev. S. Wesley Sharpe, Lead Pastor
Skyland United Methodist Church
P.O. Box 697, Skyland, NC 28776

December 9, 2018

Judge Robert J. Conrad
235 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Re: Michael Greene

Dear Honorable Judge Conrad,

I am writing with very positive words and a deep held appreciation of Michael Greene. I have been the Lead Pastor of the Skyland United Methodist Church for 1 ½ years, so I am relatively new to the Skyland UMC family. I have known Michael and his wife and two children during this time. I have known Michael to be an active servant in the church, willing to help and to serve in any way that he could contribute. My early impressions were shaped by watching Michael help collect and move chairs after the Praise Service on Sunday mornings and at times setting up the Fellowship Hall for worship. Even during difficult days, he has been a regular attendee to church. But I have learned more about Michael.

Michael loves his participation in our bus ministry. He is a regular driver to pick up attendees from the Givens Estate retirement facility and at the end of the morning to escort them back in time for their lunch. He does this with a certain ease and respect that our Givens Estate elders find very supportive. This past August, Michael volunteered to pick up our Givens Estate attendees so that they might be able to attend the afternoon church wide picnic. Unfortunately, the picnic was a short event due to a down pour of rain. Michael carefully loaded our Givens residents back on the bus, took them safely home, and returned to help clean up the wet mess on the church grounds. Michael serves others before himself.

On the first day of his hearing in Buncombe County, Michael came in to assist the women of the Room at the Inn program by transporting them by bus back to the A-Hope Shelter in downtown Asheville. Room at the Inn is a program, usually averaging 12 ladies, who are building life skills to lift themselves from living on the streets to a state of sustainable housing and lasting careers. They are often in active recovery or rebuilding after a time of incarceration. The ladies are housed at night in partner churches. Michael is one of our regular early morning drivers to pick the ladies up from A-Hope and take them back downtown the following morning.

On that very public day of his hearing, Michael Greene began the day serving those in need of help by providing transportation in our church bus. This is his heart. I asked him why? He could have asked to be changed out on the driving roster. Why not stay home? Michael Greene's answer: "Because I can. And they are important." I hope you hear what I have found to be the true heart and character of Michael Greene.

Most Sincerely,

S. Wesley Sharpe

Rev. S. Wesley Sharpe, Lead Pastor
Skyland United Methodist Church
Elder, Western North Carolina Conference UMC

November 28, 2018

The Honorable Judge Robert J. Conrad
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

Your Honor,

The purpose of my correspondence today is regarding Mr. Michael Greene who is appearing in your court. Mr. Greene is my nephew but I also consider him as my friend. In the years I have known Michael, I have watched him grow as a loving father and husband. He is a staunch professional who works hard and provides help as needed. Michael is also very involved in both church and community activities.

As an instructor in networking and computers at Asheville-Buncombe Technical College, I have had the privilege of having Michael as a student. He excelled in exams and course assignments and was always prepared for class. He always participated with his peers in group assignments and provided valuable insight within this field of study.

Though I do have a bias, as his uncle, I would not hesitate to seek his assistance when needed. I am very proud of Michael and trust you will regard his attributes. I know people make mistakes in life, but I truly believe that you can learn from these mistakes.

Sincerely,

William L. Wolfe
20 Robin Way
Candler, North Carolina 28715
(828) 667-2121

December 2, 2018

Honorable Judge J. Conrad
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re: Sentencing for Michael Greene

Dear Judge Conrad,

My name is Chase Greene, and Michael Greene is my father.

My father has always worked very hard to provide for our family and always supported me and my sister in everything we do. He has always been there for our family.

My father has always been a person that I know I could go to, and he would be there to talk or to help me.

My father is always willing to help anyone, whether that is neighbors, friends, family, or members of our community. He volunteers at our church by helping to drive the bus for those who otherwise would not have been able to attend church. My father has helped out our neighbors on numerous occasions, such as the time that he was able to assist someone in preventing their house from flooding. He attends all of my basketball games and is willing to help with anything that may need to be done at the games. He has always been willing to drive my teammates and I to any AAU basketball tournament. My father not only has a positive effect on our family, but also on many of our friends and community members.

Without my father around to help parent two kids, everyone in our house would have to work a lot harder and things would get particularly hard for my mom, who works a full time job and also has to take care of my sister and I. My father being around is very important to my family and I, as he helps with many different aspects of our day to day lives.

Sincerely,

*Chase Greene*

Chase Greene

November 19, 2018

Letter of Personal Recommendation for Michael Gene Greene

Throughout his life, Michael Greene has been the epitome of personal integrity. He has a keenly developed sense of duty to his family, his community, and his country.

He is a dedicated husband to his wife Celena and a fantastic father to his son Chase and his daughter Laurel. He volunteers his time and efforts in support of their activities at school, including academic endeavors, sports events, and their involvement in personal development activities such as theater and band. Whenever possible, he is personally involved in their practices, planning, and all performances.

Michael is very involved in his family's church activities, volunteering his time to drive the church bus to provide members transportation to and from their homes to church, and to church events which might be in locations away from the church. Similarly, he drives his daughter to church activities such as music practice and performances, and church plays.

Michael is a much-admired manager and leader, always practicing positive person-to-person communication skills. His humor and easy-going manner never fail to enhance morale wherever he may be. He is highly understanding and empathetic, thoughtful, and unselfish.

As his father, I have known Michael for his entire life. I could not be more proud to be his father. And I could not possibly ask for a better son, as there is none better, period. He is a true gentleman in every sense of the word.

Thank you,

*Boyd Gene Greene*
Boyd Gene Greene
101 Soldiers Way
Jonesborough TN  37659

Phone:  828-242-5362

November 25, 2018

Honorable Judge Robert J. Conrad
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Dear Judge Conrad,

My name is Laurel Greene and this letter is in reference to the sentencing of my father, Michael Greene.

Michael is a very kind and loving father. He loves his family and does everything he can to make us happy. Michael worked very hard for many years so that my mom could stay at home and be a volunteer at my brothers' school and my school. He continues to work hard every day. He volunteers at our church. He helps our neighbors and anyone who looks like they need help. He has a very kind heart. He goes to all of our school events such as sports games, musicals, and band concerts.

If my father was no longer at home, I would miss him dearly. He participates in our daily lives and activities, and it would be hard for my mother to do everything by herself. He helps transport me to and from school, helps me with homework, takes me to doctor appointments and any other appointments I might have.

He is a very honest, patient, and caring father. He helps me be the best that I can be. He shows me how to be a good role model to others. I love him dearly and can't imagine my life without him.

Sincerely,

*Laurel Greene*

Laurel Greene

November 26, 2018

Louise B. Yelton
1805 Abbey Circle
Asheville, NC 28805

Honorable Judge Robert J. Conrad
235 Charles R, Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re: Sentencing of Michael Greene

Dear Judge Conrad,

Michael Greene is my son-in-law and I have known him for about 22 years. In all that time, Michael has demonstrated only good, honorable characteristics. He seems to be a good man who has treated my daughter, his wife, with the upmost respect.

Michael Greene is a very family oriented man. He is involved with the daily routines of his two children and he participates in any and all of their extracurricular activities, such as basketball games and/or plays or concerts they might be involved in. Michael is a good friend and he is supportive when friends or acquaintances might need assistance with projects, such as moving or needing help with small household issues, such as helping with making folding doors work correctly, etc. Michael also volunteers at the children's schools for anything that might be needed, such as a holiday market or selling concessions for a play.

Michael is a well-rounded person, who works diligently, plays golf with friends and takes classes online when available, as well as attending seminars/workshops when available to improve his mathematic and computer skills. Michael is very proficient in computer technology and he is often asked to help others with this knowledge and ability.

Michael volunteers at his church to drive the bus for the Room at the Inn program and he is available for other needs within the church activities. He helped set up for his church's vacation Bible school program and he is available for other projects as needed.

I would describe Michael as reliable, dependable, honest and caring to not only his family, but also to his extended family, as well as his friends and acquaintances.

Sincerely,

*Louise B. Yelton*

Louise B. Yelton

*Donna Brown Clark*

240 Sorrells Cove
Clyde, NC 28721
(828) 421-4424

December 10, 2018

Judge Robert J. Conrad
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Dear Justice Conrad,

As a former Finance Director for Buncombe County, I worked with Michael Greene in his professional capacity as Business Intelligence (BI) Manager for the Information Technology Department. Michael was responsive, helpful and hard-working. While training staff in the Finance Department, he was well respected and considered very competent. As a result of his expertise, we gained efficiencies with the ability to pull information from multiple systems throughout the organization.

Michael spoke of his wife and children with great pride and love. And, while my daughter was very sick Michael would ask how she was doing with genuine care.

In summary, Michael is a talented hard-worker, devoted family man and a caring person.

Sincerely,

Donna Brown Clark

Donna Brown Clark

cc: Michael Greene
 Ted Besen

Judge Robert J. Conrad
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, N.C. 28202

December 3, 2018

Honorable Judge Charles R. Jonas,

My name is Sabrina Yelton. I am a graduate of the University of North Carolina at Charlotte and Western Carolina University. I currently work as teacher and college counselor at a Christian school in Charlotte, N.C. I am the sister in-law of Michael Greene who will be appearing before you for sentencing. I write this letter on his behalf. I have not discussed the charges against Michael with him but have read about the charges. The fact that there are any legal charges against him is shocking to me.

Michael married my sister in May of 1997 and I have known him for more than 20 years. I would describe him as a good husband and a caring and involved father. He has 2 teenage children; a son and a daughter. His children are loving, respectful and well behaved and I feel Michael's parenting has contributed to how well they are turning out. I have never heard, or even heard of, Michael raising his voice towards his wife or children. He is reasonable, intelligent, funny, patient, and kind. He is the one to ask if you want to know who sang a certain song or who played a certain part in a movie. He likes to watch sports and follows formula one racing. He is a hard worker who adores his family. I have always thought of him as straight laced. He can be counted on to do what is right, even in the smallest of things. For example, he would not download music from the internet without paying for it even though obtaining the songs for free would be easy for him. To him, that type of behavior would just not be right. He holds himself to a higher standard of ethical behavior than most people I know. He models those standards to his children and their good character reflects their father's. Michael is one who lives in a way that I would describe as above reproach. Those who know him do not question him in the area of his character or principles. He attends church with his family and serves there. The idea that he could be in legal trouble for taking anything that he believed did not belong to him, or acting in some unethical way, is unfathomable to me. I would trust him with my money, with my children, and with any confidences that I might confide in him.

Michael is an only child and, as long as I have known him, his parents have played a large role in his life. They were frequently around when I visited my sister and her family over the years. They often lived near Michael, sometimes even in the same neighborhood. They seemed involved in many of the day to day activities of their two grandchildren. Even vacations my sister took often involved Michael's parents. Today, Michael remains close to his parents, especially his mother, and this has had a positive impact on the entire family.

Thank you for your consideration of who Michael is in the world outside of these charges against him. He is one of the good guys.

Sincerely,

Sabrina Yelton

Sabrina Yelton

8006 Buckingham Ln.

Charlotte, N.C. 28075

Seyelton@mail.com

704-231-8187