AO 245B (WDNC Rev. 02/11) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS.

☒ The Court makes the following recommendations to the Bureau of Prisons:
   1. Participation in the Federal Inmate Financial Responsibility Program.

☐ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:
   ☐ As notified by the United States Marshal.
   ☐ At _ on _.

☒ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ As notified by the United States Marshal.
   ☐ Before 2 p.m. on _.
   ☐ As notified by the Probation Office.

**FILED
ASHEVILLE, N.C.

OCT 30 2019

U.S. DISTRICT COURT
W. DIST. OF N.C.**

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on 10/10/19 to USP McCreary at Pine Knot, Ky, with a certified copy of this Judgment.

_____    By: _____
United States Marshal              Deputy Marshal